# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>MELISSA ROMERO,<br><br>　　　　　　Defendant. | Case No.: 3:21-CR-1860-GPC<br><br>**JUDGMENT AND ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE**<br><br>**ECF No. 25** |

Having reviewed the United States' Motion to Dismiss (ECF No. 25), and for good cause appearing therein, the Motion is hereby GRANTED.  The Information (ECF No. 17) is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated:  November 8, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Gonzalo P. Curiel
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge